LEON D. DE MATTEIS, Appellant, v. TOWN OF HEMPSTEAD et al., Respondents.

Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Ughetta JJ. [207 Misc. 1026.] [See *post*, p. 1104.]